Clerk's Office<br>
United States District Court<br>
for the District of Columbia<br>
Washington, D.C. 20001

April 11, 2006

Clerk's Office
United States District Court for the
Middle District of Pennsylvania
William J. Nealon Federal Building & U.S. Courthouse
235 N. Washington Ave.
P.O. Box 1148
Scranton, PA 18501

  Re: 06cv433 (RMC), <u>AUSTIN v. MINER</u>

Dear Clerk:

  On March 14th, 2006, this Court signed an order transferring the above-entitled case to your Court. Enclosed is a copy of that order, case file, and a certified copy of the docket entries.

  Please acknowledge receipt of our file on the duplicate copy of this letter indicating your case number and return it to me in the self-addressed, stamped envelope.

  Your attention to this matter is greatly appreciated.

           Sincerely,

           NANCY MAYER-WITTINGTON, CLERK

          By _____

RECEIVED
SCRANTON
APR 1 4 2006
MARY E. D'ANDREA
Per_____
DEPUTY CLERK

RECEIVED
APR 1 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT